IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILLIE M. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv628-MHT |
| | ) | (WO) |
| MONTGOMERY WATER WORKS | ) | |
| AND SEWER BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The magistrate judge filed a recommendation to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (Doc. #6) of the magistrate judge is adopted and that this case is dismissed without prejudice and prior to service of process, due to plaintiff's failure to state a claim upon which relief may be granted.

An appropriate judgment will be entered.

DONE, this the 22nd day of September 2008.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE