IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MILLIE M. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv628-MHT |
| | ) | (WO) |
| MONTGOMERY WATER WORKS AND SEWER BOARD, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that this action is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of September 2008.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE